# Exhibit A

19STCV44483
Electronically FILED by Superior Court of California, County of Los Angeles on 12/11/2019 02:48 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Barel,Deputy Clerk

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
DELTA AIR LINES, INC, a Corporation;  AND DOES 1-100, INCLUSIVE

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

LAURA SALGUES, an individual

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Los Angeles County Superior Court - Central District<br>312 North Spring Street, Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):*<br>19STCV44483 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Shawn Kahroba, Sheridan & Rund PC, 840 Apollo Street, Suite 351, El Segundo, CA 90245; (310) 640-1200

| DATE: 12/11/2019 | Sherri R. Carter Executive Officer / Clerk of Court | |
|---|---|---|
| *(Fecha)* | *(Secretario)* Marita P. Barel | *(Adjunto)* |

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* Delta Airlines, INC, a Corporation
   under: ☒ CCP 416.10 (corporation)      ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)      ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)      ☐ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date)*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]   [ Save this form ]   [ Clear this form ]

19STCV44483

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Christopher Lui

Electronically FILED by Superior Court of California, County of Los Angeles on 12/11/2019 02:48 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Barel,Deputy Clerk

1  SHAWN KAHROBA [SBN: 270424]
   **SHERIDAN & RUND, PC**
2  840 Apollo Street, Suite 351
   El Segundo, California 90245
3  Telephone: (310) 640-1200
   Facsimile: (310) 640-0200
4
   Attorneys for Plaintiff
5  Laura Salgues

6

7
                    SUPERIOR COURT OF THE STATE OF CALIFORNIA
8
                    COUNTY OF LOS ANGELES, CENTRAL DISTRICT
9

10

11 LAURA SALGUES, an individual,          CASE NO.:

12            Plaintiff,                   COMPLAINT FOR PERSONAL INJURY
        v.
13                                         Demand Exceeds $25,000.00
   DELTA AIR LINES, INC, a Corporation;
14 AND DOES 1-100, INCLUSIVE,

15            Defendants.

16

17

18      Plaintiff, Laura Salgues, alleges:

19      1.      The incident from which this lawsuit arises occurred in the City of Los Angeles,

20 County of Los Angeles, State of California.

21      2.      At all relevant times mentioned herein, plaintiff Laura Salgues, was a resident of

22 the City of Los Angeles, County of Los Angeles, State of California.

23      3.      Plaintiff is informed and believes and on that basis alleges that at all times

24 mentioned herein Defendant, Delta Air Lines, Inc., was and is a Delaware corporation qualified

25 to do business in California under California Corporate number C0526706.

26      4.      Plaintiff is informed and believes, and on that basis alleges, that at all relevant

27 times mentioned herein, defendants, and each of them, including the defendants sued herein as

28 Does 1-100, inclusive, were acting as the agent, servant, employee, joint venturer, independent

-1-
COMPLAINT FOR PERSONAL INJURY

1  contractor and/or co-conspirator of each of its co-defendants, and that in doing the things

2  hereafter mentioned were acting within the course and scope of its authority as such agent,

3  employee, servant, joint venturer, independent contractor and/or co-conspirator, with the full

4  knowledge, permission and consent, either express or implied, of each of the remaining

5  defendants.

6       5.    As to any act of a corporation, plaintiff is informed and believes, and on that basis

7  alleges, that the actions of the corporation were taken by the corporation's employees, servants

8  and/or agents with the full knowledge and consent of the officers, managers, and/or directors of

9  the corporation or that such actions were subsequently ratified and/or approved by the officers,

10  managers, and/or directors of the corporation.

11       6.    Plaintiff is ignorant of the true names and capacities, whether individual,

12  corporate, associate or otherwise, of defendants sued herein as Does 1 through 100, inclusive,

13  and Plaintiff therefore sues these defendants by such fictitious names.  Plaintiff is informed and

14  believes, and on that basis alleges, that each of the fictitiously named defendants is liable or

15  responsible in some manner to plaintiff on the facts alleged and that plaintiff's damages as herein

16  alleged were proximately caused by such defendants.

17       8.    Plaintiff is informed and believes, and on that basis alleges, that on or about

18  January 10, 2018, and for sometime prior thereto, the defendants, and each of them, owned,

19  occupied, operated, controlled, supervised, maintained, inspected, repaired, designed and/or

20  managed the jet bridge at the Los Angeles International Airport located at 1 World Way, Los

21  Angeles, California, Gate 33A for flight number DL856.

22       9.    At all material times, the defendants, and each of them, had a legal duty to

23  exercise ordinary care in the use, maintenance, or management of the subject premises in order to

24  avoid exposing persons such as the plaintiff to an unreasonable risk of harm.

25       10.    At all material times, the defendants, and each of them, had a legal duty to

26  exercise ordinary care so as not unnecessarily to expose an airline passenger to danger or

27  accident and, to that end, to keep in a reasonably safe condition the jet bridge made available for

28  use by airline passengers and which the passengers are expressly invited to use.

COMPLAINT FOR PERSONAL INJURY

11.    At all material times, the defendants, and each of them, had a legal duty of ordinary care to make reasonable inspections of the portions of the jet bridge airline passengers are required to use to board the aircraft, including but not limited to, the walking surface of the jet bridge, and either remedy, provide a warning, or protect passengers against any dangerous or defective condition a reasonable inspection would uncover.

12.    Plaintiff is informed and believes and on that basis alleges that at all relevant times mentioned herein, the subject premises contained a dangerous or defective condition, which includes, but is not limited to: a clear, slippery, wet walking surface on the jet bridge, which the defendants, and each of them, made available for airline passengers' use and which the airline passengers are expressly invited to use to board the aircraft.

13.    Plaintiff is informed and believes and on that basis alleges that at all relevant times mentioned herein, a dangerous or defective condition, namely a clear, slippery, wet walking surface of the jet bridge, existed for a sufficient length of time before the incident that if the defendants, and each of them, had exercised reasonable care in inspecting the subject premises, the defendants, and each of them, would have discovered the condition in time to remedy it or to give warning or protection before the injury occurred.

14.    On or about January 10, 2018, plaintiff was lawfully on the premises at Los Angeles International Airport, using the jet bridge as instructed by Delta personnel to board flight DL856 at Gate 33A.  While plaintiff was walking down the jet bridge to board the aircraft, she slipped on a clear, slippery, wet walking surface which caused her severe injuries, including but not limited: to head injuries, leg injuries, and spinal injuries.

15.    Plaintiff is informed and believes and on that basis alleges that at all relevant times mentioned herein, the defendants, and each of them, or employees of defendants, and each of them, acting within the scope of employment on or about January 10, 2018 and prior thereto breached their legal duty of ordinary care by failing to exercise ordinary care in the use, maintenance, or management of the subject business premises in order to avoid exposing persons such as the plaintiff to an unreasonable risk of harm.  Specifically, the defendants, and each of them, or employees of defendants, and each of them, acting within the scope of employment

1   negligently maintained the subject premises by allowing a dangerous condition to exist, namely a

2   clear, slippery, wet walking surface of the jet bridge which airline passengers must traverse to

3   board the aircraft.

4         16.   Plaintiff is informed and believes and on that basis alleges that at all relevant

5   times mentioned herein, the defendants, and each of them, or employees of defendants, and each

6   of them, acting within the scope of employment on or about January 10, 2018 and prior thereto

7   breached their legal duty by failing to exercise ordinary care so as not to unnecessarily expose an

8   airline passenger to danger or accident and, to that end, failing to keep in a reasonably safe

9   condition the walking surface of the jet bridge which were made available for airline passengers'

10  use and which the patrons are expressly invited to use.

11        17.   Plaintiff is informed and believes and on that basis alleges that at all relevant

12  times mentioned herein, the defendants, and each of them, or employees of defendants, and each

13  of them, acting within the scope of employment on or about January 10, 2018 and prior thereto

14  breached their legal duty of ordinary care by failing to make reasonable inspections of the jet

15  bridge utilized by airline passengers, including, but not limited to, the walking surface of the jet

16  bridge, and either remedy, provide a warning, or protect passengers against any dangerous or

17  defective condition a reasonable inspection would uncover.

18        18.   Plaintiff is informed and believes and on that basis alleges that at all relevant

19  times mentioned herein, the defendants, and each of them, or employees of defendants, and each

20  of them, acting within the scope of employment on or about January 10, 2018 and prior thereto

21  breached their legal duty of ordinary care by failing to conduct an inspection of the walking

22  surface of the jet bridge within a reasonable period of time before the incident.

23        19.   Plaintiff is informed and believes and on that basis alleges that at all relevant

24  times mentioned herein, the defendants, and each of them, or employees of defendants, and each

25  of them, acting within the scope of employment, knew or reasonably should have known that the

26  dangerous or defective condition including, but not limited to, the clear, slippery, wet walking

27  surface of the jet bridge, was dangerous and negligently maintained within a sufficient time

28  before the incident to have either remedied the condition or provided warning or protection

-4-

1  before the incident.

2      20.    As a proximate result of the negligence of defendants, and each of them, and the

3  conduct herein alleged, plaintiff was hurt and injured in the plaintiff's health, strength and

4  activity, sustaining injury to the body and mind, and injuries to plaintiff's nervous system and

5  person, all of which injuries caused and continue to cause plaintiff great mental, physical, and

6  nervous pain and suffering.  Plaintiff is informed and believes and on that basis alleges that said

7  injuries will result in some permanent disability to plaintiff, all to plaintiff's general damage in

8  an amount in excess of the minimum jurisdictional limits of this court.

9      21.    As a further proximate result of the negligent conduct of defendants, and each of

10  them, herein alleged, plaintiff has incurred and will in the future incur x-ray, medical and sundry

11  expenses in the examination, care, and treatment of plaintiff's injuries, the exact nature and

12  extent of which are unknown to plaintiff at this time.  Plaintiff will ask leave of the court to

13  amend the complaint in this regard when the same are ascertained.

14      22.    As a further direct and proximate result of the negligence of defendants, and each

15  of them, Plaintiff was prevented from attending to her usual occupation and vocations, and by

16  reason thereof, Plaintiff has suffered, and will continue to suffer, a loss of earnings and earning

17  capacity.  Plaintiff is informed and believes, and on that basis alleges, that she has sustained a

18  permanent loss and depreciation of her earning power, the full extent which is unknown at this

19  time, and Plaintiff will amend her pleadings to set forth the exact amount when the same has

20  been ascertained.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   WHEREFORE, plaintiff prays for judgment against the defendants, and each of them, as
2   follows:
3       1.      For general damages according to proof;
4       2.      For all medical and incidental expenses according to proof;
5       3.      For loss of earnings and loss of earning capacity according to proof;
6       4.      For prejudgement interest, if allowed by law;
7       5.      For costs herein incurred; and
8       6.      For such other relief as the court deems just and proper.

10  Dated: December 11, 2019                    SHERIDAN & RUND, PC

12                                      By:     _____
13                                              Shawn Kahroba
                                                Attorneys for Plaintiff
14                                              Laura Salgues

15                              **JURY DEMAND**
16
17      Plaintiff demands a trial by jury on all issues so triable.

18  Dated: December 11, 2019                    SHERIDAN & RUND, PC
19                                      By:     _____
20                                              Shawn Kahroba
                                                Attorneys for Plaintiff
21                                              Laura Salgues

-6-

COMPLAINT FOR PERSONAL INJURY